```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 08432
   RONALD C DAVIDSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-7247

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/09/2005 and was confirmed 05/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  52.46% from remaining funds.

    The case was dismissed after confirmation 03/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   SECURED            7000.00          593.57         7000.00
AMERICREDIT FINANCIAL SV   UNSECURED          4310.23             .00         1123.92
ARONSON FURNITURE          SECURED            3206.00          225.47         3206.00
ARONSON FURNITURE          UNSECURED           980.20             .00          255.59
SAXON MORTGAGE             CURRENT MORTG         .00              .00             .00
SAXON MORTGAGE             MORTGAGE ARRE      1423.53             .00         1423.53
CHICAGO MUNICIPAL EMPLOY   UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           828.75             .00          216.10
STATE FARM INSURANCE       UNSECURED          3968.57             .00         1034.82
T-MOBILE BANKRUPTCY        UNSECURED           533.00             .00          138.98
TCF NATIONAL BANK          UNSECURED         NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          1127.37             .00          293.97
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        2,582.00                        2,582.00
TOM VAUGHN                 TRUSTEE                                            1,000.55
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               19,094.50

PRIORITY                                         .00
SECURED                                    11,629.53
    INTEREST                                  819.04
UNSECURED                                   3,063.38
ADMINISTRATIVE                              2,582.00
TRUSTEE COMPENSATION                        1,000.55
DEBTOR REFUND                                    .00
                      --------------       --------------
TOTALS                 19,094.50           19,094.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08432 RONALD C DAVIDSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |